IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| VERNON P. THOMAS, | ) |
| Petitioner, | ) |
| vs. | ) Case No. 02-3217-JTM |
| MICHAEL NELSON, et al., | ) |
| Respondents. | ) |

MEMORANDUM AND ORDER

On May 15, 2007, this court granted petitioner's motion for a writ of habeas corpus and remanded for a new trial (Dkt. No. 112). The court further grants ninety (90) days from the date of entry of this order for the State to re-try petitioner.

IT IS ACCORDINGLY ORDERED this 31st day of May, 2007, that the May 15, 2007 judgment is suspended ninety (90) days from the date of this order.

s/ J. Thomas Marten
J. THOMAS MARTEN, JUDGE